United States District Court
For The
Eastern District Of Tennessee
At Chattanooga

July 15, 2026

FILED

JUL 1 6 2026

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

Robert Drayton Bowen
Plaintiff,

v.

See Attachment A
Defendant (s)

Case No. 1:26-cv-113

Judge Atchley
Magistrate Judge Steger
Jury Trial Demanded

## Complaint For Violations of Civil Rights (Non-Prisoner Complaint) Amended

### Jurisdiction

1. This claim arises under 42 U.S.C. § 1983 for the deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law].

### Venue

2. This venue is appropriate in this district because it is where the defendant (s) violated the law.

## The Parties

3. The Parties to this Complaint

A. The Plaintiff

Robert Drayton Bowen

925 Ridge Rd. W.

Crossville, TN 38572

Bledsoe County

(423) 790-4712

risetobeheard@gmail.com

B. The Defendants

1. Weston Wamp (County Mayor)

625 Georgia Ave.

Chattanooga, TN 37402

Hamilton County

(423) 209-6100

Official Capacity

2. Austin Garrett (Hamilton County Sheriff)

600 Market St

Chattanooga, TN 37402

Hamilton County

(423) 209-7000

Official Capacity

2

3. Timothy A. Davis (Deputy Chief of Corrections)
   601 Justice Way
   Chattanooga, TN 37421
   Hamilton County
   (423) 209-7125
                    Official Capacity


4. Rodney Terrell (Captain)
   601 Justice Way
   Chattanooga, TN 37421
   Hamilton County
   (423) 209-7125
   Individual Capacity and Official Capacity


5. Quality Correctional Health Care
   200 Narrows Pkwy. Suite A
   Birmingham, AL. 35242
   Jefferson County
   (205) 437-1512
                    Official Capacity


                    See Attachment B-C

Case 1:26-cv-00113-CEA-CHS    Document 11    Filed 07/16/26    Page 3 of 12    PageID #: 172

## Statement Of Facts

4. The Complaint

A. After exhausting all means of having the "Spicy" meals changed, Plaintiff Bowen decided not to accept the food which was doing damage to his body. On May 1, 2025, Plaintiff Bowen did not accept the "spicy" (HOT) lunch tray. Plaintiff Bowen handed a note, to the Corrections Deputy, with three (3) Bible verses and not to mark the meal as accepted, in order to keep track of which meals are not consumable.

1. The three (3) Bible verses were 2 Kings 4:39-41, Exodus 15:25, and 2 Kings 2:21-22. Each of these were problems with things not consumable, but they were fixed to be consumed. No one died or tried to kill themselves.

2. Plaintiff Bowen requested on the Kiosk system for the Chaplain to come read the note. Chaplain Waters (Defendant Waters) arrived. Plaintiff Bowen requested for his meals to be changed and Defendant Waters said there was nothing he could do.

3. Nurse Shannon (Defendant Shannon), Deputy Ryan Chastain (Defendant Chastain), and other deputies questioned Plaintiff Bowen. Defendant Shannon acted like she had no idea of what Plaintiff Bowen said, even though it is entered in the Kiosk system.

4

Case 1:26-cv-00113-CEA-CHS   Document 11   Filed 07/16/26   Page 4 of 12   PageID #: 173

4. Defendant Chastain said he heard enough, and told Plaintiff Bowen to come with him. Plaintiff Bowen was denied to pack his personal property. Defendant Chastain told Deputy John Doe #1 (Defendant John Doe #1) to secure Plaintiff Bowen's personal property.

5. Plaintiff Bowen and Defendant Chastain passed Defendant Waters on the sidewalk. Hoping that Defendant Waters would speak up; Plaintiff Bowen said loudly, "They are relocating me, because I am 'Fasting'." Defendant Waters did not respond in any way.

6. Defendant Chastain moved Plaintiff Bowen to R&D-1, "Suicide Watch". This was punishment for not accepting one (1) meal that would make Plaintiff Bowen sick. Plaintiff Bowen was subjected to:

a. was not allowed his commissary food, Kool-Aid, prescription bifocals (eye protection), hygiene supplies, religious material, or any of his personal property.

b. was given only food that was making him sick.

c. was only able to get clean drinking water during "pill call".

d. was naked except for a blanket/robe which left

5

private parts easily exposed.

e. was denied showers or was told would have to dry off with a wash cloth. Plaintiff Bowen had nothing to brush teeth or could get a new clean blanket/robe.

f. The 15'x 20' cell contained up to 18 inmates. There were more inmates than we could lay mats on the floor.

7. "Suicide Watch" has a minimum of 72 hrs., Plaintiff Bowen was not released for 9.5 days. Mental Health had to receive approval by Dr Little (Defendant Little), Quality Correctional Health Care (Defendant QCHC) supervisor.

8. Plaintiff Bowen was moved to G-2-24. At this point, No One could locate Plaintiff Bowen's personal property, that was secured. Plaintiff Bowen continued to ask for the return of his personal property or replacement. Plaintiff Bowen was ignored or they denied that it happened. As far as it is known, No One has viewed the housing unit footage, like Plaintiff Bowen requested. Plaintiff Bowen has made requests grievances, hand written notes, and even mail a letter to the Deputy Chief of Corrections Tim A. Davis (Defendant Davis). Captain Rodney Terrell (Defendant Terrell) admitted to having a letter that I wrote to Defendant Davis.

6

9. Plaintiff Bowen alleges that the following parties are indirectly responsible:

a. Mayor Weston Wamp (Defendant Wamp) is responsible as an ex officio inspector. Defendant Wamp's duties include visiting and examine the county jail at least once a month; Establish rules for the health, sanitation, and behavior of inmates; Safety and Security; and submit reports to the county legislative body (county commission) on the state of the county jail and inmates.

b. Sheriff Austin Garrett (Defendant Garrett) has the ultimate responsibility for the safety and operations of the county jail.

5.     Summary of Events

A. While Plaintiff Bowen was exercising his religious right to "FAST", his personal property was seized and Plaintiff Bowen was placed in an unsanitary cell. In this cell, Plaintiff Bowen was denied his Bible, prescription bifocals (eye protection), only given the food which was making Plaintiff Bowen sick and drinkable water at "pill call", etc which is part of the "Cruel and Unusual Punishment" for more than double the minimum required time.

7

B. When released from "Suicide Watch", Plaintiff Bowen's personal property was not returned or replaced. No true attempt was made to investigate the claims Plaintiff Bowen submitted.

6. Plaintiff Bowen believes these witnesses will provide simular testimony to these facts.

Jason Battles  SPN#9107110
Shuntray Woodward  SPN#166594
Moreyo Finley  SPN#508560
Thomas Leighton  SPN#517203
Eric Simonton  (Deputy)
Hunter Whaley  (Deputy)
Devin Davis  (Deputy)
Alexander Hart  (Deputy)
Ian Miles  (Deputy)

Request For Relief

7. Requesting Relief

A. Plaintiff Bowen respectfully request that the Court:

1. Grant Plaintiff Bowen compensatory and punitive damages,

8

2. Grant Injuctive Relief; by orders to correct policy and procedure,

3. Grant Plaintiff Bowen reasonable cost and attorney fee pursuant to any applicable doctrine or legal theory,

4. Cost of Suit, and

5. Grant Plaintiff Bowen any additional legal and equitable relief to which he is entitled.

Respectfully Submitted,

Robert Drayton Bowen
925 Ridge Rd. W.
Crossville, TN 38572
(423) 790 - 4712
risetobeheard@gmail.com

9

Defendant List

Weston Wamp      (Mayor)

Austin Garrett      (Sheriff)

Timothy A. Davis      (Deputy Chief of Corrections)

Rodney Terrell      (Captain)

Quality Correctional Health Care

John Waters      (Chaplain)

Dr. Little      (Medical Supervisor)

Nurse Shannon      (Medical Personnel)

Ryan Chastain      (Deputy)

John Doe #1      (Deputy)

10

6. John Waters  (Chaplain)
   601 Justice Way
   Chattanooga, TN 37421
   Hamilton County
   (423) 209-7125
   Individual Capacity and Official Capacity

7. Dr. Little (QCHC Supervisor)
   601 Justice Way
   Chattanooga, TN 37421
   Hamilton County
   (423) 209-7125
   Individual Capacity and Official Capacity

8. Nurse Shannon (Medical Personnel)
   601 Justice Way
   Chattanooga, TN 37421
   Hamilton County
   (423) 209-7125
   Individual Capacity and Official Capacity

11

9. Ryan Chastain (Deputy)
   601 Justice Way
   Chattanooga, TN 37421
   Hamilton County
   (423) 209-7125
   Individual Capacity and Official Capacity

10. John Doe #1 (Deputy)
    601 Justice Way
    Chattanooga, TN 37421
    Hamilton County
    (423) 209-7125
    Individual Capacity and Official Capacity